JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCO PANDURO, | ) | Case No. CV 12-9630-JVS (DTB) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| U.S. DISTRICT COURT 9TH CIR., | ) | |
| Respondent. | ) | |

In accordance with the Order Denying Application for Extension of Time to File Habeas Petition and Summarily Dismissing Matter Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: November 16, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1